**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**STEVEN D. STOKES,**

      Plaintiff,

  vs.                                                Civil Action 2:10-CV-660
                                                       Judge Frost
                                                       Magistrate Judge King

**MICHAEL J. ASTRUE,
Commissioner of Social Security,**

      Defendant.

<u>ORDER</u>

On August 19, 2011, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and that the action be dismissed. *Report and Recommendation*, Doc. No. 15. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation* is **ADOPTED and AFFIRMED**. The decision of the Commissioner is **AFFIRMED** and the action is **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4, 42 U.S.C. §405(g).

                                                  <u>/s/ Gregory L. Frost</u>
                                                       Gregory L. Frost
                                        United States District Judge